# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____

FELIX T. SIMPKINS,

    Plaintiff (s)

vs.

RYAN E. SPRECHMAN,

    Defendant(s).

_____/

FILED BY _____ D.C.

MAY 04 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT

I, FELIX T. SIMPKINS, plaintiff, in the above styled cause, sue defendant(s): RYAN E. SPRECHMAN (here in after "SPRECHMAN" and sates:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of Thirty-nine Thousand (39,000.00) Dollars, Exclusive of interest, court cost and fees.

2. The Venue is proper in the UNITED STATES DISTRICT COURT SOUTHERN DISTRICTOF FLORIDA under (15 US Code §1692 (2) (a) and 15 US Code §1692 (e)(2) and Florida State Statue 95.11(2)(b) insofar as to the Defendant SPRECHAMAN violated Florida State Statues by filing a Motion for Summer Final Judgment action which occurred in Miami-Dade County Florida whereas to the debt was statutorily barred.

## Parties

3. The Plaintiff, Felix T. Simpkins is an individual residing in Miami-Dade County, Florida.

4. The Defendant Ryan E. Sprechman is an individual and Debt Collector and Attorney at Law residing in Miami Dade-County, Florida.

## GENERAL ALLEGATIONS 1

5. ON MARCH 2, 2007 Plaintiff entered into a Contract with ClaimServe who was Represented by the Defendant Ryan E. Sprechman a debt Collector. The debt collector Sprechman knew or should have known that the debt he was seeking to collect on was more than five years old. A copy of the Contract is attached as Exhibit "A".

## GENERAL ALLEGATIONS 2

6. The Plaintiff gave a sign blank with no date check from to ClaimServe the on or about March or about June, 2007 ClaimServe ask for a Deposit to hold as Security ClaimeSever stated they would not deposit the Check.

## GENERAL ALLEGATIONS 3

7. The Plaintiff Signed another Property Appraisal Contract to ClaimSever on or about March 2 or about June, to 10, 2007, 1609-11 NW 50 Street Miami, Florida 33142. ClaimServe breach the Contract because the Insurance carrier would not list ClaimServe as Payee on Property Appraisal because of force placed Insurance. Letter attached Exhibit "B"

## GENERAL ALLEGATIONS 4

8. The Plaintiff sent to ClaimServe a Bank Check from Country Wide and ClaimServe on or About July-2007, in the amount of 5,000. to 6,000. Dollars as a part payment which ClaimServe refused and caused a breach of Contract.

## GENERAL ALLEGATIONS 5

9. Then or about June 2008, ClaimServe contacted the Plaintiff and threatened and deposited the Personal Check the date was unknown and stated they was contact the Florida State Attorney Office that the Plaintiff give ClaimServe a bad Check when Wachovia Bank refused the Check for insufficient funds and or account closed.

## GENERAL ALLEGATIONS 6

10  Then on or about June 08, 2008 The Plaintiff Contact Miami Gardens Police Department And file a Police Report, the Plaintiff also contact the Florida State Attorneys Office. The Florida State Attorney Office stated that they will take no actions against the Plaintiff or ClaimServe. They further stated that both party may have a civil action. Please see Exhibit "C"

## COUNT I - DEBT COLLECTION

11. The Plaintiff realleges Pursuant to Florida Statues 95.11(2)(b) Which states Limitation other than for the recovery of real Property. Action other than for recovery of real property shall commence as follows:

12. WITHIN FIVE YEARS. A legal or equitable action on a Contract, obligation, or liability founded on a written instrument.

13. The Defendant SPRECHMAN file a lawsuit Five years six Months from the date of signed Contract. The Date of the Contract was March 2, 2007, the Notice of filing the lawsuit was on September 11, 2012. Please See Exhibit" D" Summon.

## COUNT II – FALSE OR MISLEADING DEBT COLLECTION

14. The Defendant SPRECHMAN knew or should have known he was violating 15 US Code §1692 (e)(2) (a) Which states: (2). The false representation of- (a) the character, amount, or legal status of any debt; the Legal status of the debt was statutorily barred, Pursuant to Florida Statues 95.11(2)(b).

## COUNT III– HARASSMENT OR ABUSE

15. The Defendant SPRECHMAN knew or should have known he and CLAIMSERVE was Violating 15 US Code §1692 (d)(1) Which states: (1) The use or threat of use of violence or other criminal means to harm the physical person, reputation, or property of any person. When the Plaintiff was called and threatened by ClaimServe. Please see Exhibit "C".

## COUNT IV– VIOLATION OF THE CLAYTON ACT

16. The Defendant SPRECHMAN has caused harm to the Plaintiff and received a Summer Final Judgement in to amount of Thirteen Thousand three hundred eighty-eight dollars 09 cents 13,388.09. The Plaintiff is asking for Triple damages Totaling Forty Thousand one hundred sixty-four Dollars 27cents. The Plaintiff is seeking damages under the CLAYTON ACT, The Plaintiff is also seeking. damages under 15 US Code §1692 (e)(10) 1000.00 for damages. and more further Florida State Statue 559.77 (2). 1,000.00 for damage. Please see Exhibit "D1"- "D2" Envelope.

## COUNT V– MAIL FRAUD

17. The Defendant SPRECHMAN knew or should have known he may have Intent to defraud the Plaintiff when the Plaintiff filed A Motion to Dismiss the Complaint when his case was more than 5 years Old, Florida Statues 95.11(2)(b) and 18 US Code §1341 Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service. Please see Exhibit "E".

WHEREFORE, THE Plaintiff, request judgment against the Defendant RYAN E. SPRECHMAN for all compensatory damages, cost, interest pre-judgment, court fee and any other fee this Court deems just and proper.

### Plaintiff Request For Trail

Plaintiff, Felix T. Simpkins herby request a trail on all the above stated issues.
Dated on this ___4___ day of May, 2021.

Respectfully submitted,

*Felix-Terall: Simpkins*
FELIX T. SIMPKINS
3601 NW 194 TERR.
MIAMI GARDENS FLORIDA 33056
Telephone: (305)625-0706

## Certificate of Service

I hereby certify that a true copy of the forgoing was sent but First-Class U.S. Mail to RYAN SPRECHMAN & FISHER P.A. Counsel Claimsever, 2775 SUNNY Isles Blvd, Ste 100 Miami Florida 33160. On this the_____day of May 2021.

: FELIX-TERALL : SIMPKINS.
_____
FELIX T. SIMPKINS
3601 NW 194 TERR.
MIAMI GARDENS FLORIDA 33056
Telephone: (305)625–0706

SERVICE LIST

Felix T. Simpkins
fs2502@hotmail.com
3601 NW 194 Terrace
Miami Gardens, Florida

RYAN E. SPRECHMAN
ryan.sprechman@sprechmanlaw.com
2775 SUNNY Isles Blvd, Ste
Miami Florida 33160
305-931-0100